## Charles EATON, Appellant, v. UNITED STATES of America.
### No. 9890.

Circuit Court of Appeals, Eighth Circuit.
March 17, 1934.

Charles W. Bowers, of Des Moines, Iowa, and William P. Welch, of Logan, Iowa, for appellant.

R. W. Colflesh, U. S. Atty., and Ray C. Fountain, Asst. U. S. Atty., both of Des Moines, Iowa, and Frank F. Wilson, Asst. U. S. Atty., of Mt. Ayr, Iowa, for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

## In the Matter of FOX WEST COAST THEA-TRES, a Corporation, Bankrupt.

## Charles P. SKOURAS, et al., Appellants, v. CALIFORNIA DENTAL SUPPLY CO., Appellee.
### No. 7399.

Circuit Court of Appeals, Ninth Circuit.
April 13, 1934.

Grainger & Hunt and O'Melveny, Tuller & Myers, all of Los Angeles, Cal., for appellants.

Jennings & Belcher, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith, without costs to either party.

## FIREMEN'S INSURANCE COMPANY, Merchants Fire Assurance Corporation, and Milwaukee Mechanics Insurance Company v. Marguerite Walker JORDAN.
### No. 6341.

Circuit Court of Appeals, Sixth Circuit.
Feb. 14, 1934.

R. Lee Bartels, of Memphis, Tenn., for appellants.

Crabtree & Crabtree and J. E. Holmes, all of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

## Anthony GIANDALIA v. UNITED STATES of America.
### No. 6605.

Circuit Court of Appeals, Sixth Circuit.
March 15, 1934.

Edw. J. Bowman, of Grand Rapids, Mich., for appellant.

Fred C. Wetmore, U. S. Atty., of Grand Rapids, Mich., for the United States.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss the indictment.